Yericho YISRAEL, Appellant,

v.

UNIVERSITY OF MISSOURI; Manuel T. Pacheco, President; R. Kenneth Hutchinson, University of Missouri, Vice President for Human Resources; Martha W. Gilliland, UMKC Chancellor's Office; Gerald D. Jensen, Vice Chancellor for Administrative Affairs, UMKC; Jane Ann Peterson, Director of Human Resources, UMKC; Carl F. Calkins, Institute of Human Development, UMKC; William F. "Vim" Horn, Research Associate, Institute for Human Development, UMKC; Tanya Whitehead, formerly Research Associate, Institute for Human Development, now Lecturer, College of Arts and Sciences, UMKC, Appellees.

No. 02–3720.

United States Court of Appeals,
Eighth Circuit.

Submitted May 1, 2003.

Decided May 12, 2003.

---

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Yericho Yisrael appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action against the University of Missouri and several of its officers, curators and personnel. Having carefully reviewed the record and the parties' briefs, we conclude that dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

Before MELLOY, FAGG, and SMITH, Circuit Judges.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.